**Order filed April 1, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00637-CV

_____

**EDWARD MAYO, Appellant**

**V.**

**FIVE STAR MERCHANT SERVICES, INC., Appellee**

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2011-26253**

## ORDER

On January 17, 2014, appellant filed an agreed motion to abate this appeal so that the parties may continue settlement negotiations. On January 23, 2014, we granted the motion and issued an order abating the appeal until January 31, 2014. On February 7, 2014, appellant filed an agreed motion to extend the abatement period for an additional 14 days. The court granted the motion.

To date, more than 30 days have passed after the abatement period was set to expire. The parties have not notified this court if (1) they have settled, (2) they need additional time for resolution; or (3) they have reached an impasse, as directed in our order.

Accordingly, we **ORDER** the appeal **REINSTATED.** Appellant's brief is due on or before **May 1, 2014.**

PER CURIAM